## MULL vs. STEAMBOAT RAY.

Mr. Chief Justice ENGLISH: The facts in this case are substantially the same as in *Pool & Watson vs. St. Thos. P. Ray;* and the judgment is reversed, and the cause remanded, with instructions to the Court below to re-instate the case upon the docket, and permit it to proceed according to law.

Absent Mr. Justice HANLY.